IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VALMONT STRUCTURES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C. A. No. |
| v. ) | |
| ) | JURY TRIAL DEMANDED |
| DAVID T. SPEIER, an individual and S- ) | |
| WINDUP, INC., f/k/a SIGMA INDUSTRIES, ) | |
| INC., a Maryland corporation, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Valmont Structures, Inc. hereby states that it is a wholly-owned subsidiary of Valmont Industries, Inc., which is a publicly-traded corporation.

OF COUNSEL:

Mark F. Enenbach
McGrath, North, Mullin & Kratz, P.C. LLO
Suite 3700 First National Tower
1601 Dodge Street
Omaha, NE 68102
(402)341-3070
(402)341-0216 (fax)

Dated: July 28, 2006

/s/ K. Tyler O'Connell
Lisa A. Schmidt (#3019)
Jeffrey L. Moyer (#3309)
K. Tyler O'Connell (#4514)
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
(302) 651-7701 (fax)
  Attorneys for Plaintiff,
  Valmont Structures, Inc.