IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VALMONT STRUCTURES, INC., <br><br> Plaintiff, <br><br> v. <br><br> DAVID T. SPEIER, an individual and S-WINDUP, INC., f/k/a SIGMA INDUSTRIES, INC., a Maryland corporation, <br><br> Defendants. | Civil Action No. 06-CV-461-SLR <br> **JURY TRIAL DEMANDED** |

### NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Lisa A. Schmidt and Jeffrey L. Moyer of Richards, Layton & Finger are substituted for K. Tyler O'Connell of Richards, Layton & Finger, as counsel for plaintiff Valmont Structures, Inc.

OF COUNSEL:

Mark F. Enenbach
McGrath, North, Mullin
 & Kratz, P.C. LLO
Suite 3700, First National Tower
1601 Dodge Street
Omaha, Nebraska 68102
(402) 341-3070
(402) 341-0216

/s/ Lisa A. Schmidt
Lisa A. Schmidt (#3019)
Jeffrey L. Moyer (#3309)
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
(302) 651-7701
 Attorneys for Plaintiff
 Valmont Structures, Inc.

Dated: March 20, 2007

RLF1-3128634-1