IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VALMONT STRUCTURES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DAVID T. SPEIER, an individual and S- ) <br> WINDUP, INC., f/k/a SIGMA INDUSTRIES, ) <br> INC., a Maryland corporation, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 06-CV-461-SLR <br> **JURY TRIAL DEMANDED** |

### NOTICE OF DISMISSAL

NOTICE IS HEREBY GIVEN that plaintiff in the captioned action, by and through its undersigned attorneys and pursuant to Fed. R. Civ. P. 41(a)(1)(i), hereby voluntarily dismiss the action with prejudice. Each party to the action will bear its own costs and attorneys' fees.

*/s/ Lisa A. Schmidt*

OF COUNSEL:

Mark F. Enenbach
McGrath, North, Mullin
 & Kratz, P.C. LLO
Suite 3700, First National Tower
1601 Dodge Street
Omaha, Nebraska 68102
(402) 341-3070
(402) 341-0216

Lisa A. Schmidt (#3019)
Jeffrey L. Moyer (#3309)
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
(302) 651-7701
 Attorneys for Plaintiff
 Valmont Structures, Inc.

Dated: November 27, 2007

RLF1-3227250-1